PROB 12C
(6/16)

Report Date: June 11, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: George Edward Cupp | Case Number: 0980 2:14CR00089-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 15, 2015

Original Offense:        Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B), (b)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: August 19, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: Life |

### PETITIONING THE COURT

To issue a summons.

On August 23, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Cupp as outlined in the judgment and sentence. Mr. Cupp signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #29**: You must not possess and/or use computers, other electronic communication or data storage devices or media, that can receive, store, or otherwise possess materials with depictions of "sexually explicit conduct" (as defined by 18 U.S.C. § 2256(2)) involving children, or "actually sexually explicit conduct" (as defined by 18 U.S.C. § 2257(h)(1)) involving adults.<br><br>**Supporting Evidence**: On or about December 6, 2023, Mr. Cupp allegedly violated the above-stated condition of supervision by accessing sexually explicit material.<br><br>On December 6, 2023, Mr. Cupp's computer monitoring software captured several images of what appeared to be young nude females. A thorough search of Mr. Cupp's devices provided by an outside agency confirmed he was accessing adult pornographic websites. |
| 2 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

Prob12C
Re: Cupp, George Edward
June 11, 2024
Page 2

**Supporting Evidence**: Mr. Cupp allegedly violated the terms of his supervised release by being dishonest with the undersigned officer on or about December 15, 2024.

On December 15, 2023, Mr. Cupp was instructed to bring his electronic devices into the U.S. Probation Office to conduct an inspection. The undersigned officer learned Mr. Cupp had enabled a program to delete the contents of his devices. Mr. Cupp was questioned about his intentions to enable the program before reporting. Mr. Cupp was dishonest with the undersigned officer stating "the program was designed to perform at that time/date."

It was not until further questioning during the appointment that Mr. Cupp admitted enabling the program in efforts to delete concerning material that would get him in trouble.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/11/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

6/12/2024
Date